Kenneth M. Trujillo-Jamison (Bar No. 280212)
ktrujillo-jamison@willenken.com
WILLENKEN LLP
707 Wilshire Blvd., Suite 4100
Los Angeles, California 90017
Telephone:  (213) 955-9240
Facsimile:   (213) 955-9250

Attorneys for Defendant
X Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNODATA INC.,<br><br>     Plaintiff,<br><br>v.<br><br>X CORP., INC.,<br><br>     Defendant. | Case No.: 3:26-cv-02026-PHK<br><br>Hon. Peter H. Kang<br><br>**DEFENDANT X CORP.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

Under Federal Rule of Civil Procedure 7.1(a)(1), the undersigned counsel for defendant X Corp. (erroneously named as X Corp., Inc.) hereby states that X Corp. is a privately held corporation. Its parent corporation is X Holdings Corp. No publicly held corporation owns 10% or more of the stock of X Corp.

Under Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: X Corp., X Holdings Corp., X.AI Holdings LLC, Space Exploration Technologies Corp., and Space Exploration Technologies Corp.'s shareholders.

The undersigned certifies that, as of this date, there is no conflict of interest (other than the named parties) to report.

Respectfully submitted,

Dated:  March 26, 2026                    WILLENKEN LLP


By:   */s/ Kenneth M. Trujillo-Jamison*
         Kenneth M. Trujillo-Jamison
         Attorneys for Defendant X Corp.

CORP. DISCLOSURE STMT. AND CERT. OF CONFLICTS AND INTERESTED ENTITIES/PERSONS